No. 92–1333. HALL, DBA 721 ASSOCIATES ET AL. *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 92–1335. MONA *v.* CITIZENS BANK & TRUST COMPANY OF MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–1340. PERLMUTTER *v.* PERLMUTTER. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 92–1342. CALIFORNIA *v.* WILSON (two cases). Sup. Ct. Cal. Certiorari denied.

No. 92–1345. PLATZER ET AL. *v.* SLOAN-KETTERING INSTITUTE FOR CANCER RESEARCH. C. A. Fed. Cir. Certiorari denied.

No. 92–1356. SMITH *v.* CITY OF BOSTON. Sup. Jud. Ct. Mass. Certiorari denied.

No. 92–1357. NIEVES ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1371. ARIZONA *v.* SWANSON. Ct. App. Ariz. Certiorari denied.

No. 92–1373. NORRIS ET AL. *v.* HARBIN ET AL. Sup. Ct. Ala. Certiorari denied.

No. 92–1385. EDWARDS *v.* KING, ACTING DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 92–1404. LEVY *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–1406. NETTE *v.* EASTERN SHEET METAL, INC. Ct. App. Tenn. Certiorari denied.

No. 92–6593. WASHINGTON *v.* KOENIG ET AL. C. A. 9th Cir. Certiorari denied.